BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant NAVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CEASAR NAVAS, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-0378 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING** |

On July 27, 2006, the parties in this matter appeared before the Court for a status conference. Defense counsel advised the Court that Mr. Navas would be filing motions relating to the search of his car and any related warrants. The Court directed Mr. Navas to file on or before August 2, 2006; the government to respond on or before August 16, 2006; Mr. Navas to reply on or before August 23, 2006; and the parties to appear for a hearing on August 30, 2006.

Defense counsel will be out of the country between August 16 and August 23, 2006. Accordingly, he will be unable to reply to the government's opposition under the current briefing schedule. Accordingly, the parties agree and stipulate that the schedule should be modified as follows: The government shall file its opposition on or before August 23, 2006; Mr. Navas shall file any reply on or before August 30, 2006; and the parties shall appear for a hearing on

CR 06-0378 MMC; STIP TO CONTINUE
MOTIONS HEARING                                  1

1 | September 6, 2006 at 2:30 PM.

2 |     Because Mr. Navas will file his motions by August 2, 2006, as originally contemplated,

3 | this amendment to the briefing schedule has no effect on the Speedy Trial Act calculation.

4 |     IT IS SO STIPULATED.

5 | Dated: 7/26/06

    BARRY J. PORTMAN
6 |     Federal Public Defender
    JOSH COHEN
7 |     Assistant Federal Public Defender

8 | Dated: 7/27/06

9 |     KEVIN V. RYAN
    United States Attorney
10 |     WILLIAM MARTIN
    Assistant United States Attorney

### ORDER

Accordingly, and for good cause shown, the Court directs the parties to adhere to the amended briefing schedule set forth above. The hearing on defendant's motion(s) presently scheduled for August 30, 2006 is hereby continued to September 6, 2006 at 2:30 PM.

IT IS SO ORDERED.

Dated: July 31, 2006

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CR 06-0378 MMC; STIP TO CONTINUE
MOTIONS HEARING      2