BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant NAVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0378 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING |
| v. | ) | |
| CEASAR NAVAS, | ) | |
| Defendant. | ) | |

On September 6, 2006, the parties in this matter appeared before the Court for a hearing on motions filed by the defendant. The Court ordered an evidentiary hearing in connection with defendant's motion to suppress and scheduled the hearing for October 10, 2006.

Defense counsel subsequently determined that he will be out of the state on October 10, 2006. Accordingly, the parties agree and stipulate that the hearing shall be continued to October 16, 2006 at 10:00 AM.

///

///

///

///

CR 06-0378 MMC; STIP TO CONTINUE
MOTIONS HEARING                    1

Because defendant's motion remains pending before the Court, the requested continuance does not affect the speedy trial calculation.

IT IS SO STIPULATED.

Dated: 9/15/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 9/15/06

KEVIN V. RYAN
United States Attorney
NATHANAEL COUSINS
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the evidentiary hearing on defendant's motion to suppress, currently scheduled for October 10, 2006, shall be continued to October 16, 2006 at 10:00 AM.

IT IS SO ORDERED.

Dated:   September 25, 2006

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE