# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: **CR 06-00378-1 MMC** |
| ) | |
| Ceasar Navas ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____January 3, 2007,_____ be continued until _____February 14, 2007_____ at _____2:30 p.m._____ .

Date: DEC 2 0 2006

Maxine M. Chesney
United States District Judge